# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: John H. Sarb<br>Attorney at Law, Bar No. 7896 )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:16-ms-84<br><br>**ORDER OF DISBARMENT** |

On October 20, 2016, this Court entered an Order to Show Cause Disbarment, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 26, 2016. The Order to Show Cause provided Mr. Sarb with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Sarb. Failure to respond within 30 days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that John H. Sarb, Nevada State Bar No. 7896, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this 9 day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

     Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this __9th__ day of December, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

        John H. Sarb
        10193 E. Pleasant View Way
        Tucson, AZ 85748

    Certified Mail No.:   7016 2070 0000 6879 7020

        /s/
        Deputy Clerk
        United States District Court,
        District of Nevada